1   DANIEL M. PETROCELLI (S.B. #97802)
       dpetrocelli@omm.com
2   ALAN RADER (S.B. #45789)
       arader@omm.com
3   VICTOR JIH (S.B. #186515)
       vjih@omm.com
4   JUSTIN M. GOLDSTEIN (S.B. #198858)
       jgoldstein@omm.com
5   O'MELVENY & MYERS LLP
    1999 Avenue of the Stars, 7th Floor
6   Los Angeles, CA  90067-6035
    Telephone:  (310) 553-6700
7   Facsimile:   (310) 246-6779

8   Attorneys for Counter-Defendants
    DISNEY ENTERPRISES, INC., THE WALT
9   DISNEY COMPANY, AND WALT DISNEY
    PRODUCTIONS

10

11                    UNITED STATES DISTRICT COURT

12                   CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 13  CLARE MILNE, an individual, by and through MICHAEL JOSEPH COYNE, her RECEIVER, and DISNEY ENTERPRISES, INC.<br><br>              Plaintiffs,<br><br>     v.<br><br>STEPHEN SLESINGER, INC.,<br><br>              Defendant.<br><br>_____<br><br>STEPHEN SLESINGER, INC.,<br><br>              Counter-Claimant,<br><br>     v.<br><br>DISNEY ENTERPRISES, INC.; THE WALT DISNEY COMPANY; and WALT DISNEY PRODUCTIONS,<br><br>              Counter-Defendants. | Case No. CV-02-08508 FMC (PLAx)<br><br>**COUNTER-DEFENDANTS DISNEY ENTERPRISES, INC., THE WALT DISNEY COMPANY, AND WALT DISNEY PRODUCTIONS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, FOR SUMMARY ADJUDICATION OF COUNTER-CLAIMANT STEPHEN SLESINGER, INC.'S COUNTERCLAIMS**<br><br>The Hon. Florence-Marie Cooper<br><br>Date:   June 9, 2008<br>Time:  10:00 a.m.<br>Place:  Courtroom 750 |

TO COUNTER-CLAIMANT AND ITS COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on June 9, 2008, at 10:00 a.m., or as soon thereafter as counsel may be heard by the above-entitled court, located at 255 East Temple Street, Los Angeles, California in Courtroom 750, Counter-Defendants Disney Enterprises, Inc., The Walt Disney Company, and Walt Disney Productions (collectively, "Disney") will and hereby do move for an order pursuant to Federal Rule of Civil Procedure 56 for summary judgment or, in the alternative, for summary adjudication, of Counter-Claimant Stephen Slesinger, Inc.'s ("SSI") counterclaims:[1]

| Counterclaim | Principal Grounds for Dismissal |
|---|---|
| 1. Copyright Infringement | Fails to Establish Claim for Relief (*see* accompanying Memorandum of Points and Authorities ("Brief") at pp. 23-29, 31-32) |
| 2. Trademark Infringement | Fails to Establish Claim for Relief (*see* Brief at pp. 23-31) |
| 3. Trade Dress Infringement | Fails to Establish Claim for Relief (*see* Brief at pp. 23-31) |
| 4. Breach of Contract | Precluded under Res Judicata and Collateral Estoppel (*see* Brief at pp. 8-22, 32) |
| 5. Breach of Implied Covenant of Good Faith & Fair Dealing | Precluded under Res Judicata and Collateral Estoppel; Fails to Establish Claim for Relief (*see* Brief at pp. 8-22, 32) |

---

[1] This Court dismissed SSI's Eighth (Declaratory Relief re: Invalidity of Hunt Termination Notice), Ninth (Declaratory Relief re: Invalidity of Reversion Agreement), and Eleventh (Declaratory Relief re: Limited Scope of Hunt Notice) Counterclaims as moot on March 7, 2007.

- 1 -    NOTICE OF MOTION AND MOTION FOR SUMMARY DISPOSITION

| | |
|---|---|
| 6. Fraud | Precluded under Res Judicata and Collateral Estoppel (*see* Brief at pp. 8-22) |
| 7. Declaratory Relief re: 1983 Agreement | Precluded under Res Judicata and Collateral Estoppel (*see* Brief at pp. 8-22) |
| 10. Injunctive Relief | Not Proper Claim for Relief (*see* Brief at p. 34) |
| 12. Unfair Competition | Fails to Establish Claim for Relief (*see* Brief at pp. 32-34) |

This motion is made following the conference of counsel on March 3, 2008 and the subsequent exchange of letters on March 13, 2008 and March 14, 2008 pursuant to Central District Local Rule 7-3.

This motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Justin M. Goldstein, the Statement of Uncontroverted Facts and Conclusions of Law, all exhibits, files, and records on file in this action, matters of which judicial notice may be taken, and such additional submissions and arguments as may be presented at or before the hearing on this motion.

Dated:  April 21, 2008

Respectfully submitted,

O'MELVENY & MYERS LLP

By: _____
Daniel M. Petrocelli
Attorneys for Counterclaim-Defendants
Disney Enterprises, Inc., The Walt
Disney Company, and Walt Disney
Productions