DANIEL M. PETROCELLI (S.B. #97802)
  dpetrocelli@omm.com
ALAN RADER (S.B. #45789)
  arader@omm.com
VICTOR JIH (S.B. #186515)
  vjih@omm.com
JUSTIN M. GOLDSTEIN (S.B. #198858)
  jgoldstein@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

Attorneys for Counter-Defendants
DISNEY ENTERPRISES, INC., THE WALT
DISNEY COMPANY, AND WALT DISNEY
PRODUCTIONS

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARE MILNE, an individual, by and through MICHAEL JOSEPH COYNE, her RECEIVER, and DISNEY ENTERPRISES, INC.<br><br>Plaintiffs,<br><br>v.<br><br>STEPHEN SLESINGER, INC.,<br><br>Defendant.<br><br>STEPHEN SLESINGER, INC.,<br><br>Counter-Claimant,<br><br>v.<br><br>DISNEY ENTERPRISES, INC.; THE WALT DISNEY COMPANY; and WALT DISNEY PRODUCTIONS,<br><br>Counter-Defendants. | Case No. CV-02-08508 FMC (PLAx)<br><br>**NOTICE OF RULING RE: COUNTER-DEFENDANTS'** *EX PARTE* **APPLICATION TO CONTINUE COUNTER-CLAIMANT'S MOTION FOR PRESERVATION**<br><br>The Hon. Florence-Marie Cooper |

**TO COUNTER-CLAIMANT AND ITS COUNSEL OF RECORD:**

    **PLEASE TAKE NOTICE** that on May 9, 2008, the Court granted Counter-Defendants' *ex parte* application to continue Counter-Claimant's Motion for Preservation. A copy of the Court's order is attached.

Dated: May 12, 2008

Respectfully submitted,

O'MELVENY & MYERS LLP

By: _____
Daniel M. Petrocelli
Attorneys for Counterclaim-Defendants
Disney Enterprises, Inc., The Walt
Disney Company, and Walt Disney
Productions

| | |
|---|---|
| 1 | DANIEL M. PETROCELLI (S.B. #97802) |
|   | dpetrocelli@omm.com |
| 2 | ALAN RADER (S.B. #45789) |
|   | arader@omm.com |
| 3 | VICTOR JIH (S.B. #186515) |
|   | vjih@omm.com |
| 4 | JUSTIN M. GOLDSTEIN (S.B. #198858) |
|   | jgoldstein@omm.com |
| 5 | O'MELVENY & MYERS LLP |
|   | 1999 Avenue of the Stars, 7th Floor |
| 6 | Los Angeles, CA 90067-6035 |
|   | Telephone: (310) 553-6700 |
| 7 | Facsimile: (310) 246-6779 |
| 8 | Attorneys for Counter-Defendants |
|   | DISNEY ENTERPRISES, INC., THE WALT |
| 9 | DISNEY COMPANY, AND WALT DISNEY |
|   | PRODUCTIONS |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CLARE MILNE, an individual, by and through MICHAEL JOSEPH COYNE, her RECEIVER, and DISNEY ENTERPRISES, INC. | Case No. CV-02-08508 FMC (PLAx) |
|  | Hon. Florence-Marie Cooper |
| Plaintiffs, | [~~PROPOSED~~] ORDER RE: *EX PARTE* APPLICATION TO CONTINUE COUNTER-CLAIMANT'S MOTION FOR PRESERVATION |
| v. |  |
| STEPHEN SLESINGER, INC., |  |
| Defendant. |  |
|  | Hearing Date: May 27, 2008 |
| STEPHEN SLESINGER, INC., | Hearing Time: 10:00 a.m. |
| Counter-Claimant, | Magistrate Paul L. Abrams |
| v. |  |
| DISNEY ENTERPRISES, INC.; THE WALT DISNEY COMPANY; and WALT DISNEY PRODUCTIONS, |  |
| Counter-Defendants. |  |

1    **ORDER**

2    GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT the *ex*
3    *parte* application of Counter-Defendants Disney Enterprises, Inc., The Walt Disney
4    Company, and Walt Disney Productions ("Disney") for a continuance of Counter-
5    Claimant's Motion for Preservation is hereby:

6

7    [ X ] GRANTED        [___] DENIED

8

9    A Status Conference to determine the necessity of, and hearing date for,
10   Counter-Claimant's Motion for Preservation shall be set following the issuance of
11   District Judge Cooper's ruling on Disney's motion for summary judgment. Disney
12   shall give prompt notice to the Court of the issuance of that ruling.

13

14   IT IS SO ORDERED.

15                                          *[signature]*
16   Dated: May 9, 2008      _____
                              The Honorable Florence-Marie Cooper
17                                United States District Judge