1  DANIEL M. PETROCELLI (S.B. #97802)
    dpetrocelli@omm.com
2  ALAN RADER (S.B. #45789)
    arader@omm.com
3  JUSTIN M. GOLDSTEIN (S.B. #198858)
    jgoldstein@omm.com
4  O'MELVENY & MYERS LLP
   1999 Avenue of the Stars, 7th Floor
5  Los Angeles, CA  90067-6035
   Telephone:  (310) 553-6700                    JS-6
6  Facsimile:   (310) 246-6779

7  Attorneys for Counter-Defendants
   DISNEY ENTERPRISES, INC., THE WALT
8  DISNEY COMPANY, AND WALT DISNEY
   PRODUCTIONS
9

10                 **UNITED STATES DISTRICT COURT**

11                 **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CLARE MILNE, an individual, by and through MICHAEL JOSEPH COYNE, her RECEIVER, and DISNEY ENTERPRISES, INC. | Case No. 2:02-cv-08508-FMC-PLAx |
| | **FINAL JUDGMENT** |
| Plaintiffs, | The Hon. Florence-Marie Cooper |
| v. | |
| STEPHEN SLESINGER, INC., | |
| Defendant. | |
| | |
| STEPHEN SLESINGER, INC., | |
| Counter-Claimant, | |
| v. | |
| DISNEY ENTERPRISES, INC.; THE WALT DISNEY COMPANY; and WALT DISNEY PRODUCTIONS, | |
| Counter-Defendants. | |

[PROPOSED] FINAL JUDGMENT

This Court has fully adjudicated all claims and counterclaims between Plaintiffs and Counter-Defendants Disney Enterprises, Inc., The Walt Disney Company, and Walt Disney Productions (collectively, "Disney") and Defendant and Counter-Claimant Stephen Slesinger, Inc. ("SSI") as follows:

### SSI's Counterclaims

On September 25, 2009, this Court dismissed with prejudice SSI's First Counterclaim (Copyright Infringement), Second Counterclaim (Trademark Infringement), Third Counterclaim (Trade Dress Infringement), Tenth Counterclaim (Injunctive Relief), and Twelfth Counterclaim (Violation of CAL. BUS. & PROF. CODE § 17200 *et seq.* and Unfair Competition).  (Docket No. 545.)

On May 19, 2009, this Court dismissed on the merits and with prejudice SSI's Fourth Counterclaim (Breach of Contract), Fifth Counterclaim (Breach of Implied Covenant of Good Faith and Fair Dealing), Sixth Counterclaim (Fraud), and Seventh Counterclaim (Declaratory Relief re: 1983 Agreement).  (Docket No. 520.)

On March 27, 2007, this Court dismissed as moot SSI's Eighth Counterclaim (Declaratory Relief re: Invalidity of Hunt Termination Notice), Ninth Counterclaim (Declaratory Relief re: Invalidity of Reversion Agreement), and Eleventh Counterclaim (Declaratory Relief re: Limited Scope of Hunt Notice).  (Docket No. 371.)

### Disney's Claim for Declaratory Relief

On May 8, 2003, this Court dismissed on the merits and with prejudice Disney's claim for declaratory relief as to Plaintiff Clare Milne.  (Docket No. 77.) On February 15, 2007, this Court also dismissed on the merits and with prejudice Disney's claim for declaratory relief as to Third-Party Defendant Harriet Jessie Minette Hunt.  (Docket No. 360.)  Pursuant to Federal Rule of Civil Procedure

1  54(b), on December 3, 2004, this Court entered partial final judgment as to Milne.
2  (Docket No. 219.)

4  **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that
5  Disney's claim for declaratory relief and SSI's all of counterclaims are dismissed
6  on the merits and with prejudice.

8  **IT IS SO ORDERED, ADJUDGED, AND DECREED**.

10 Dated: October 07, 2009  _____
    Honorable Florence-Marie Cooper
11  Judge, United States District Court